| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Citco Enterprises, Inc. | |
| --- | --- | --- | --- |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | DBA  Simply Halloween<br>DBA  World of Magic | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 90-0350086 | |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **5964 Berkeley Rd.**<br>**Goleta, CA 93117**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Santa Barbara**<br>County | **Location of principal assets, if different from principal place of business**<br>**5836 Hollister Ave. Goleta, CA 93117**<br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
| --- | --- | --- |

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| --- | --- | --- |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Debtor    **Citco Enterprises, Inc.**                                Case number (*if known*) _____
_____
Name

---

7.  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

---

8.  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

---

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

---

Debtor   **Citco Enterprises, Inc.**                                     Case number (*if known*) _____
         _____
         Name

**11. Why is the case filed in this district?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

         Contact name        _____

         Phone               _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☑ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Citco Enterprises, Inc. | Case number (if known) |
| | Name | |

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 7. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/25/2020
                 MM / DD / YYYY

X _____        Caesar Ho
Signature of authorized representative of debtor        Printed name

Title  **Chief Executive Officer**

| 8. Signature of attorney | X _____    Date 8/25/2020 |
| | Signature of attorney for debtor    MM / DD / YYYY |

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 271-6223**        Email address  **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Citco Enterprises, Inc.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>CENTRAL DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)*
■ *Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)*
■ *Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)*
■ *Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)*
■ *Schedule H: Codebtors (Official Form 206H)*
■ *Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)*
☐ *Amended Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)*
☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/25/2020                   x _____
                                            Signature of individual signing on behalf of debtor

                                            **Caesar Ho**
                                            Printed name

                                            **Chief Executive Officer**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Citco Enterprises, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Amex P.o. Box 981537 El Paso, TX 79998 | | Credit Card | | | | $2,141.82 |
| Amscan 80 Grasslands Road Elmsford, NY 10523 | | Outstanding invoice for goods. | | | | $127,744.95 |
| Ariel Andres 796 Embarcadero Del Norte Apt. 114 Goleta, CA 93117 | | Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020. Claim is the net amount. | | | | $438.17 |
| Bradley Smith 6681 Del Playa Dr Unit 3 Goleta, CA 93117 | | Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020.  Claim is the net amount. | | | | $952.26 |
| Caesar Ho 5964 Berkeley Rd. Goleta, CA 93117 | | Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020.  Claim is the net amount. | | | | $944.69 |
| Capital One Bank Usa N Po Box 30281 Salt Lake City, UT 84130 | | Charge Account | | | | $215.47 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Citco Enterprises, Inc.** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Citlalli Retiguin** 330 Anacapa St #4 Santa Barbara, CA 93101 | | Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020. Claim is the net amount. | | | | $410.77 |
| **Costume Culture by Franco** Jay N. Mailman, Esq. c/o Law Offices of Jay N. Mailman 800 Third Avenue, 28th Floor New York, NY 10022 | | Outstanding invoice for goods. | | | | $66,721.69 |
| **Easter Unlimited, Inc. dba Fun Worl** c/o Natalia A Minassian, Esq Bruce A. Hatkoff, Esq. 18757 Burbank Blvd. Ste 100 Tarzana, CA 91356 | | Outstanding invoices for goods. Lawsuit filed against Debtor and Gina Ho, named individually, for, inter alia, breach of contract pending in the Sa | Contingent Unliquidated Disputed Subject to Setoff | | | $392,244.15 |
| **Gina Ho** 5964 Berkeley Rd. Goleta, CA 93117 | | Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020. Claim is the net amount. | | | | $944.69 |
| **Iris Chan** 7440 Shelborne Dr Granite Bay, CA 95746 | | Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020. Claim is the net amount. | | | | $831.91 |

Debtor    __Citco Enterprises, Inc._____    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Jacob Annis 6845 Pasado Road Goleta, CA 93117 | | Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020. Claim is the net amount. | | | | $995.50 |
| Jakks Pacific, Inc/Jackks Sales LLC c/o Barnes & Thornburg LLP Paul J. Laurin, Esq. 2029 Century Park East, Ste 300 Los Angeles, CA 90067 | | Outstanding invoices for goods. Lawsuit filed against Debtor and Caesar Ho for, inter alia, breach of contract pending in the Los Angeles Superior | Contingent Unliquidated Disputed Subject to Setoff | | | $909,822.56 |
| Music Legs 1088 Westminster Avenue Alhambra, CA 91803 | | Outstanding invoice for goods. | | | | $2,188.00 |
| RG Costumes, Inc. 726 Arrow Grand Circle Covina, CA 91722 | | Outstanding invoices for goods. | | | | $29,570.58 |
| Smiffys c/o Jane Osborne Credit Controller Gainsborough Lincolnshire DN2 FJ London, UK | | Outstanding invoice for goods. | | | | $97,204.74 |
| The Diamond Collection c/o Natalia Minassian, Esq. Bruce Hatkoff,Esq. 18757 Burbank Blvd., Suite 100 Tarzana, CA 91356 | | Outstanding invoice for goods. Lawsuit filed against Debtor for, inter alia, breach of contract pending in the Los Angeles Superior Court, Case No. 1 | Contingent Unliquidated Disputed Subject to Setoff | | | $71,052.85 |
| U.S. Small Business Administration 312 N Spring Street Los Angeles, CA 90012 | | Business PPP Unsecured Loan. | Contingent | | | $41,747.00 |

Debtor   **Citco Enterprises, Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Underwraps Costumes, Inc. c/o Nima Nami, Esq. Nami Law Firm 3 Hutton Centre Drive, 9th Fl Santa Ana, CA 92707** | | **Business Debt Outstanding invoice for goods. Lawsuit filed against Debtor for, inter alia, breach of contract in the Los Angeles Superior Court.** | **Contingent Unliquidated Disputed Subject to Setoff** | | | **$428,733.24** |

## United States Bankruptcy Court
### Central District of California

In re   **Citco Enterprises, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Caesar Ho**<br>**5964 Berkeley Road**<br>**Goleta, CA 93117** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Caesar Ho, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   08/25/2020

Signature

**Caesar Ho**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Goleta_____, California.

Date: ___08/25/2020_____

**Caesar Ho**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                    Page 1                          **F 1015-2.1.STMT.RELATED.CASES**

<table>
<tr><td>Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name   **Citco Enterprises, Inc.**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

Part 1:   **Summary of Assets**

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..........................................................................   $       **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................   $    **343,141.56**

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................   $    **343,141.56**

Part 2:   **Summary of Liabilities**

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................   $    **150,000.00**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **5,517.99**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................   +$   **2,169,387.05**

4.   **Total liabilities** ........................................................................................
   Lines 2 + 3a + 3b                         $    **2,324,905.04**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Citco Enterprises, Inc.

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

**3.** Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 3.1. | JPMorgan Chase Bank, bank account. ($186,341.56 of which $150,000.00 is secured by the Small Business Administration's loan) | Business Checking Account | 9111 | | $186,341.56 |

**4.** Other cash equivalents *(Identify all)*

**5.** Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$186,341.56

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No. Go to Part 5.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    __Citco Enterprises, Inc._____    Case number *(If known)* _____
       Name

☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies** **Inventory of various Halloween costumes (some of which are defective). Debtor projects that due to the Covid19 pandemic, Halloween will not be like years past, and, consequently, these goods will not sell like years past.  Debtor predicts that if any goods are sold they will be sold at cost or at a loss.  The problem is further compounded by some of Debtor's creditors who supplied Debtor with their products while simultaneously competing with Debtor by directly selling their products on Amazon, the same platform that Debtor uses to sell creditors' products.  Due to the oversaturation of these products on the Amazon marketplace, prices for these goods considerably dropped and demand weakened, which negatively impacted Debtor's business operations. Location: 5836 Hollister Ave. Goleta, CA 93117.** | | $0.00 | Liquidation | $150,000.00 |

23.  **Total of Part 5.**
       Add lines 19 through 22. Copy the total to line 84.

| $150,000.00 |
| --- |

Official Form 206A/B             Schedule A/B Assets - Real and Personal Property             page 2

Debtor    __Citco Enterprises, Inc._____    Case number *(if known)* _____
                Name

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No.  Go to Part 8.
     ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Desks, computers, chairs, file cabinets, etc. Location: 5836 Hollister Ave. Goleta, CA 93117. | $0.00 | Liquidation | $1,500.00 |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                           | $1,500.00 |
     Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ■ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ■ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Citco Enterprises, Inc.**                                                Case number *(If known)* _____
Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm**<br>**machinery and equipment)**<br>**Pallet jacks, crates, fixtures, and other**<br>**equipment** | $0.00 | Liquidation | $5,300.00 |

**51.** **Total of Part 8.**                                                                                   | $5,300.00 |

Add lines 47 through 50.  Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

**71.** **Notes receivable**
Description (include name of obligor)

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 4

Debtor    **Citco Enterprises, Inc.**
          <u>Name</u>                                                           Case number *(If known)* _____

| | |
|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| | **Debtor has filed a Cross-Complaint against creditor Underwraps Costumes, Inc. and Payman Shaffa for (1) Breach of Contract; (2) Misrepresentation; (3) Fraud; (4) Fraud in the Inducement; and (5) Breach of Implied Convenant of Good Faith in the pending action before the Los Angeles Superior Court in the matter titled Underwraps Costumes, Inc. v. Citco Enterprises, Inc., et al., case number 20STCV04156.** | **Unknown** |
| | Nature of claim         **Lawsuit** | |
| | Amount requested         **$500,000.00** | |
| | **Debtor has filed a Cross-Complaint against creditor Jakks Pacific, Inc, Jakks Sales, LLC, and Disguise, Inc. for (1) Breach of Contract; (2) Misrepresentation; (3) Fraud; (4) Fraud in the Inducment; and (5) Breach of Implied Convenant of Good Faith in the pending action before the Los Angeles Superior Court in the matter titled Jakks Pacific, Inc., et al. v. Citco Enterprises, Inc., et al., case number 20STCV07934.** | **Unknown** |
| | Nature of claim         **Lawsuit** | |
| | Amount requested         **$500,000.00** | |
| | **Debtor has filed a Cross-Complaint against creditor The Diamond Collection for (1) Breach of Contract; and (2) Breach of Implied Covenant of Good Faith and Fair Dealing in the pending action before the Los Angeles Superior Court in the matter titled The Diamond Collection, LLC v. Citco Enterprises, Inc., case number 19STCV27574.** | **Unknown** |
| | Nature of claim         **Lawsuit** | |
| | Amount requested         **$54,582.00** | |

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

Debtor  __Citco Enterprises, Inc._____    Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $186,341.56 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $150,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $5,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $343,141.56 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $343,141.56 |

Fill in this information to identify the case:

Debtor name **Citco Enterprises, Inc.**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **U.S. Small Business Administration** <br> Creditor's Name | Describe debtor's property that is subject to a lien <br> **All assets of the Debtor.** | **$150,000.00** | **$343,141.56** |
| **312 North Spring Street** <br> **Los Angeles, CA 90012** <br> Creditor's mailing address | Describe the lien <br> **Security interest** <br> Is the creditor an insider or related party? | | |
| | ☑ No <br> ☐ Yes | | |
| Creditor's email address, if known | Is anyone else liable on this claim? | | |
| **Date debt was incurred** <br> **07/2020** | ☑ No <br> ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | |
| Last 4 digits of account number <br> **Citco Enterprises, Inc.** | As of the petition filing date, the claim is: <br> Check all that apply | | |
| Do multiple creditors have an interest in the same property? | ☐ Contingent | | |
| ☑ No | ☐ Unliquidated | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Disputed | | |

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$150,000.00**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name    **Citco Enterprises, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Ariel Andres**<br>**796 Embarcadero Del Norte Apt.**<br>**114**<br>**Goleta, CA 93117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$438.17** | **$438.17** |
|  | Date or dates debt was incurred<br><br>**08/2020** | Basis for the claim:<br>**Employee payroll covering the period from 08/16/2020 to 08/29/2020.  Payroll to be issued on 09/07/2020. Claim is the net amount.** |  |  |
|  | Last 4 digits of account number **Citco Enterprises**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>**Bradley Smith**<br>**6681 Del Playa Dr Unit 3**<br>**Goleta, CA 93117** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$952.26** | **$952.26** |
|  | Date or dates debt was incurred<br><br>**08/2020** | Basis for the claim:<br>**Employee payroll covering the period from 08/16/2020 to 08/29/2020.  Payroll to be issued on 09/07/2020.  Claim is the net amount.** |  |  |
|  | Last 4 digits of account number **Citco Enterprises, Inc.**<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

| Debtor | Citco Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $944.69 | $944.69 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Caesar Ho**
**5964 Berkeley Rd.**
**Goleta, CA 93117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$944.69    $944.69

Date or dates debt was incurred

**08/2020**

Basis for the claim:
**Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020. Claim is the net amount.**

Last 4 digits of account number <u>Citco</u>
<u>Enterprises, Inc.</u>

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**Citlalli Retiguin**
**330 Anacapa St #4**
**Santa Barbara, CA 93101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$410.77    $410.77

Date or dates debt was incurred

**08/2020**

Basis for the claim:
**Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020. Claim is the net amount.**

Last 4 digits of account number <u>Citco</u>
<u>Enterprises, Inc.</u>

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5**

Priority creditor's name and mailing address

**Gina Ho**
**5964 Berkeley Rd.**
**Goleta, CA 93117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$944.69    $944.69

Date or dates debt was incurred

**08/2020**

Basis for the claim:
**Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020. Claim is the net amount.**

Last 4 digits of account number <u>Citco</u>
<u>Enterprises, Inc.</u>

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6**

Priority creditor's name and mailing address

**Iris Chan**
**7440 Shelborne Dr**
**Granite Bay, CA 95746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$831.91    $831.91

Date or dates debt was incurred

**08/2020**

Basis for the claim:
**Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020. Claim is the net amount.**

Last 4 digits of account number <u>Citco</u>
<u>Enterprises, Inc.</u>

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Citco Enterprises, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $995.50 | $995.50 |
|---|---|---|---|---|

**Jacob Annis**
**6845 Pasado Road**
**Goleta, CA 93117**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

**08/2020**

Basis for the claim:
**Employee payroll covering the period from 08/16/2020 to 08/29/2020. Payroll to be issued on 09/07/2020. Claim is the net amount.**

Last 4 digits of account number **Citco Enterprises, Inc.**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,141.82 |
|---|---|---|---|

**Amex**
**P.o. Box 981537**
**El Paso, TX 79998**

Date(s) debt was incurred **Opened 06/94  Last Active 07/18**

Last 4 digits of account number **2006**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMEX Business Lending Loan**
**PO Box 297812**
**Fort Lauderdale, FL 33329**

Date(s) debt was incurred **08/2019**

Last 4 digits of account number **1007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Unsecured business loan.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $127,744.95 |
|---|---|---|---|

**Amscan**
**80 Grasslands Road**
**Elmsford, NY 10523**

Date(s) debt was incurred **2019**

Last 4 digits of account number **0052**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Outstanding invoice for goods.**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $215.47 |
|---|---|---|---|

**Capital One Bank Usa N**
**Po Box 30281**
**Salt Lake City, UT 84130**

Date(s) debt was incurred **Opened 01/16  Last Active  5/19/20**

Last 4 digits of account number **8375**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Charge Account**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,721.69 |
|---|---|---|---|

**Costume Culture by Franco**
**Jay N. Mailman, Esq.**
**c/o Law Offices of Jay N. Mailman**
**800 Third Avenue, 28th Floor**
**New York, NY 10022**

Date(s) debt was incurred **11/2019**

Last 4 digits of account number **Citco**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Outstanding invoice for goods.**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Citco Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $392,244.15 |
| | **Easter Unlimited, Inc. dba Fun Worl** | ■ Contingent | |
| | c/o Natalia A Minassian, Esq | ■ Unliquidated | |
| | Bruce A. Hatkoff, Esq. | ■ Disputed | |
| | **18757 Burbank Blvd. Ste 100** | | |
| | **Tarzana, CA 91356** | Basis for the claim:  **Outstanding invoices for goods.** | |
| | Date(s) debt was incurred  **2019** | **Lawsuit filed against Debtor and Gina Ho, named individually, for, inter alia, breach of contract pending in the Santa Barbara Superior Court (Case No.: 20CV01079).** | |
| | Last 4 digits of account number  **1079** | | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $909,822.56 |
| | **Jakks Pacific, Inc/Jackks Sales LLC** | ■ Contingent | |
| | c/o Barnes & Thornburg LLP | ■ Unliquidated | |
| | Paul J. Laurin, Esq. | ■ Disputed | |
| | **2029 Century Park East, Ste 300** | | |
| | **Los Angeles, CA 90067** | Basis for the claim:  **Outstanding invoices for goods.** | |
| | Date(s) debt was incurred  **2019** | **Lawsuit filed against Debtor and Caesar Ho for, inter alia, breach of contract pending in the Los Angeles Superior Court, Case No: 20STCV07934.** | |
| | Last 4 digits of account number  **7934** | | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,188.00 |
| | **Music Legs** | ☐ Contingent | |
| | **1088 Westminster Avenue** | ☐ Unliquidated | |
| | **Alhambra, CA 91803** | ☐ Disputed | |
| | Date(s) debt was incurred  **11/2019** | | |
| | Last 4 digits of account | Basis for the claim:  **Outstanding invoice for goods.** | |
| | number  **SIMPLYHALLOWEEN** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,570.58 |
| | **RG Costumes, Inc.** | ☐ Contingent | |
| | **726 Arrow Grand Circle** | ☐ Unliquidated | |
| | **Covina, CA 91722** | ☐ Disputed | |
| | Date(s) debt was incurred  **10/2019** | Basis for the claim:  **Outstanding invoices for goods.** | |
| | Last 4 digits of account number  **Citco Enterprises** | Is the claim subject to offset? ☐ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,204.74 |
| | **Smiffys** | | |
| | c/o Jane Osborne | ☐ Contingent | |
| | **Credit Controller** | ☐ Unliquidated | |
| | **Gainsborough Lincolnshire DN2 FJ** | ☐ Disputed | |
| | **London, UK** | Basis for the claim:  **Outstanding invoice for goods.** | |
| | Date(s) debt was incurred  **November 2019** | | |
| | Last 4 digits of account number  **CITCOUSA** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $71,052.85 |
| | **The Diamond Collection** | ■ Contingent | |
| | c/o Natalia Minassian, Esq. | ■ Unliquidated | |
| | **Bruce Hatkoff,Esq.** | ■ Disputed | |
| | **18757 Burbank Blvd., Suite 100** | | |
| | **Tarzana, CA 91356** | Basis for the claim:  **Outstanding invoice for goods.** | |
| | Date(s) debt was incurred  **04/2017** | **Lawsuit filed against Debtor for, inter alia, breach of contract pending in the Los Angeles Superior Court, Case No. 19STCV027574.** | |
| | Last 4 digits of account number  **7574** | | |
| | | Is the claim subject to offset? ☐ No  ☐ Yes | |

Debtor    **Citco Enterprises, Inc.**                                    Case number (if known) _____
             _____
             Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,747.00 |

**U.S. Small Business Administration**
**312 N Spring Street**
**Los Angeles, CA 90012**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/2020**
Last 4 digits of account
number **Citco Enterprises, Inc.**

Basis for the claim:  **Business PPP Unsecured Loan.**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428,733.24 |

**Underwraps Costumes, Inc.**
**c/o Nima Nami, Esq.**
**Nami Law Firm**
**3 Hutton Centre Drive, 9th Fl**
**Santa Ana, CA 92707**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **February 2019**
Last 4 digits of account number **4156**

Basis for the claim:  **Business Debt**
**Outstanding invoice for goods.**
**Lawsuit filed against Debtor for, inter alia, breach of contract in the**
**Los Angeles Superior Court.**
**Case No. 20STCV04156.**

Is the claim subject to offset?  ☐ No  ■ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Louis Jacobs, Esq.**<br>**11693 San Vicente Blvd., #318**<br>**Los Angeles, CA 90049** | Line  **3.3**<br>☐   Not listed. Explain _____ | **W935** |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

|  | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 5,517.99 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,169,387.05 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,174,905.04 |

Fill in this information to identify the case:

Debtor name    **Citco Enterprises, Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest **Lease agreement for 4,420 square feet warehouse located at 5836 Hollister, Front Building, Goleta, California, 93117. Lease expires on December 1, 2022. Debtor will assume the lease.** | |
| State the term remaining **2 years and 4 months** | |
| List the contract number of any government contract | **3 JCT LLC 5964 Berkeley Road Goleta, CA 93117** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest **Lease agreement for 15,000 square feet warehouse located at 651 Paseo Nuevo, Santa Barbara, California 93101. Lease expires on December 31, 2020. Debtor will assume the lease.** | |
| State the term remaining **Four months** | |
| List the contract number of any government contract | **Paseo Nuevo Owner, LLC PO Box 780268 Philadelphia, PA 19178** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  __Citco Enterprises, Inc.__

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: Codebtor

Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Caesar Ho | 5964 Berkeley Road Goleta, CA 93117 Caesar Ho executed a personal guarantee for this debt, which is why he is personally named as a defendant in this lawsuit. | Jakks Pacific, Inc/Jackks Sales LLC | ☐ D ____ ☑ E/F __3.7__ ☐ G ____ |
| 2.2 | Caesar Ho | 5964 Berkeley Road Goleta, CA 93117 Caesar Ho executed a personal guarantee for this debt, which is why he is personally named as a defendant in this lawsuit. | Underwraps Costumes, Inc. | ☐ D ____ ☑ E/F __3.13__ ☐ G ____ |
| 2.3 | Gina Ho | 5964 Berkeley Road Goleta, CA 93117 Gina Ho executed a personal guarantee for this debt, which is why he is personally named as a defendant in this lawsuit. | Easter Unlimited, Inc. dba Fun Worl | ☐ D ____ ☑ E/F __3.6__ ☐ G ____ |

| Debtor | Citco Enterprises, Inc. | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| 2.4 | Gina Ho<br>5964 Berkeley Road<br>Goleta, CA 93117<br>**Gina Ho executed a personal guarantee for this debt, which is why he is personally named as a defendant in this lawsuit.** | Underwraps Costumes, Inc. | ☐ D _____<br>■ E/F   3.13<br>☐ G _____ |
| 2.5 | Gina Ho<br>5964 Berkeley Road<br>Goleta, CA 93117 | Paseo Nuevo Owner, LLC | ☐ D _____<br>☐ E/F _____<br>■ G   2.2 |

```
Fill in this information to identify the case:

Debtor name     Citco Enterprises, Inc.

United States Bankruptcy Court for the:     CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)
```

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  1/01/2020 to **Filing Date** | ■ Operating a business<br>☐ Other | $190,274.57 |
| **For prior year:**<br>From  1/01/2019 to 12/31/2019 | ■ Operating a business<br>☐ Other | $4,750,467.16 |
| **For year before that:**<br>From  1/01/2018 to 12/31/2018 | ☐ Operating a business<br>■ Other   2018 Federal Income Tax Return | $4,441,952.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor  **Citco Enterprises, Inc.**_____ Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **American Express** PO Box 53852 Phoenix, AZ 85072 | 05/12/2020 - $1,869.87 06/13/2020 - $9,172.36 07/13/2020 - $2,281.78 8/13/2020 - $815.20 | $12,269.34 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **AMEX Business Lending Loan** PO Box 297812 Fort Lauderdale, FL 33329 | 06/18/2020 - $4,372.36 07/18/2020 - $4,372.36 8/18/2020- $4339.73 | $13,084.45 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **3 JCT LLC** 5964 Berkeley Road Goleta, CA 93117 | 06/05/2020 - $6,531.00 07/06/2020 - $6,531.00 08/05/2020 - $6,531.00 | $19,593.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Lease payments for warehouse.** |
| 3.4. **Law Offices of Michael Jay Berger** 9454 Wilshire Blvd., 6th Floor Beverly Hills, CA 90212 | 06/12/2020 - $8,330.00 07/13/2020 - $5,000.00 07/28/2020 - $11,123.80 | $24,453.80 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ■ Other **Legal services for the four (4) lawsuits disclosed on Debtor's Schedule F.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor  **Citco Enterprises, Inc.**                                          Case number *(if known)* _____

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:**   **Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **THE DIAMOND COLLECTION LLC VS CITCO ENTERPRISES INC, A CALIFORNIA CORPORATION**<br>**19STCV27574** | Civil | **Superior Court of California County of Los Angeles**<br>**111 N. Hill Street**<br>**Stanley Mosk Courthouse**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.  **Easter Unlimited Inc vs CITCO Enterprises Inc et al**<br>**20CV01079** | Civil | **Superior Court of California Santa Barbara County**<br>**118 E. Figueroa Street**<br>**Santa Barbara, CA 93101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3.  **Underwraps Costumes, Inc. v. Citco Enterprises, Inc., et al.**<br>**20STCV12829** | Civil | **Superior Court of California County of Los Angeles**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4.  **Jakks Pacific, Inc., et al. v. Citco Enterprises, Inc., et al.**<br>**20STCV07934** | Civil | **Superior Court of California County of Los Angeles**<br>**111 North Hill Street**<br>**Los Angeles, CA 90012** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

    ■ None

---

Debtor    **Citco Enterprises, Inc.** _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Law Offices of Michael Jay Berger**<br>**9454 Wilshire Blvd., 6th Floor**<br>**Beverly Hills, CA 90212** | $20,000.00 | **08/05/2020** | $20,000.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:

Debtor    **Citco Enterprises, Inc.** _____    Case number *(if known)* _____

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. Does the debtor collect and retain personally identifiable information of customers?

■ No.
☐ Yes. State the nature of the information collected and retained.

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| Storage Unit<br>651 Paseo Nuevo<br>Santa Barbara, CA 93101 | Storage, a separate unit on the ground foor of an old Macy's building | Halloween costumes, toys, party goods | ☐ No<br>■ Yes |

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Citco Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor    **Citco Enterprises, Inc.**    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Travis Burnett, CPA**<br>**Meepos & Co.**<br>**409 Washington Blvd.**<br>**Marina Del Rey, CA 90292** | **2011 to 2017** |
| 26a.2. **Stphen M Enrico, CPA**<br>**Enrico & Weiss, LLP**<br>**1809 Cliff Drive, Suite E**<br>**Santa Barbara, CA 93109** | **2018 to present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. **Easter Unlimited, Inc. dba Fund World**<br>**c/o Natalia Minassian**<br>**Hatkoff & Minassian**<br>**18757 Burbank Blvd., Ste 100**<br>**Tarzana, CA 91356** | |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Caesar Ho | 5964 Berkely Road<br>Goleta, CA 93117 | CEO, CFO | 100% shareholder |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gina Ho | 5964 Berkely Road<br>Goleta, CA 93117 | Secretary | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

Debtor    __Citco Enterprises, Inc._____    Case number *(if known)* _____

■ No

☐ Yes. Identify below.

## 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | **Caesar Ho**<br>**5964 Berkely Road**<br>**Goleta, CA 93117** | **$1,100 Gross monthly wages** | **December 1, 2019 to present** | **Wages** |
| | **Relationship to debtor**<br>**CEO, CFO** | | | |
| 30.2 | **Gina Ho**<br>**5964 Berkely Road**<br>**Goleta, CA 93117** | **$1,100 Gross monthly wages** | **December 1, 2019 to present** | **Wages** |
| | **Relationship to debtor**<br>**Secretary** | | | |

## 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

## 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Citco Enterprises, Inc.**_____    Case number *(if known)*_____

---

**Part 14    Signature and Declaration**

---

    **WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    08/25/2020

_____    **Caesar Ho**_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re  **Citco Enterprises, Inc.**

Case No. _____

_____

Debtor(s)

Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

☑ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

☑ Debtor      ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

8/25/2020

Date

Michael Jay Berger
*Signature of Attorney*
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223  Fax: (310) 271-9805**
**michael.berger@bankruptcypower.com**
*Name of law firm*

---

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address

**Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
California State Bar Number: **100291 CA**
**michael.berger@bankruptcypower.com**

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

**Citco Enterprises, Inc.**

CASE NO.:

CHAPTER: **11**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

### [LBR 1007-1(a)]

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _08/25/2020_

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) (if applicable)

Date: _8/25/2020_

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*

**F 1007-1.MAILING.LIST.VERIFICATION**

Citco Enterprises, Inc.
5964 Berkeley Rd.
Goleta, CA 93117


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


3 JCT LLC
5964 Berkeley Road
Goleta, CA 93117


Amex
P.o. Box 981537
El Paso, TX 79998


AMEX Business Lending Loan
PO Box 297812
Fort Lauderdale, FL 33329


Amscan
80 Grasslands Road
Elmsford, NY 10523


Ariel Andres
796 Embarcadero Del Norte Apt. 114
Goleta, CA 93117


Bradley Smith
6681 Del Playa Dr Unit 3
Goleta, CA 93117

Caesar Ho
5964 Berkeley Rd.
Goleta, CA 93117


Caesar Ho
5964 Berkeley Road
Goleta, CA 93117


Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130


Citlalli Retiguin
330 Anacapa St #4
Santa Barbara, CA 93101


Costume Culture by Franco
Jay N. Mailman, Esq.
c/o Law Offices of Jay N. Mailman
800 Third Avenue, 28th Floor
New York, NY 10022


Easter Unlimited, Inc. dba Fun Worl
c/o Natalia A Minassian, Esq
Bruce A. Hatkoff, Esq.
18757 Burbank Blvd. Ste 100
Tarzana, CA 91356


Gina Ho
5964 Berkeley Rd.
Goleta, CA 93117


Gina Ho
5964 Berkeley Road
Goleta, CA 93117

Iris Chan
7440 Shelborne Dr
Granite Bay, CA 95746


Jacob Annis
6845 Pasado Road
Goleta, CA 93117


Jakks Pacific, Inc/Jackks Sales LLC
c/o Barnes & Thornburg LLP
Paul J. Laurin, Esq.
2029 Century Park East, Ste 300
Los Angeles, CA 90067


Louis Jacobs, Esq.
11693 San Vicente Blvd., #318
Los Angeles, CA 90049


Music Legs
1088 Westminster Avenue
Alhambra, CA 91803


Paseo Nuevo Owner, LLC
PO Box 780268
Philadelphia, PA 19178


RG Costumes, Inc.
726 Arrow Grand Circle
Covina, CA 91722


Smiffys
c/o Jane Osborne
Credit Controller
Gainsborough Lincolnshire DN2 FJ
London, UK

The Diamond Collection
c/o Natalia Minassian, Esq.
Bruce Hatkoff,Esq.
18757 Burbank Blvd., Suite 100
Tarzana, CA 91356


U.S. Small Business Administration
312 N Spring Street
Los Angeles, CA 90012


U.S. Small Business Administration
312 North Spring Street
Los Angeles, CA 90012


Underwraps Costumes, Inc.
c/o Nima Nami, Esq.
Nami Law Firm
3 Hutton Centre Drive, 9th Fl
Santa Ana, CA 92707